| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Pryor, Jill A. | 2. Court or Organization Court of Appeals-Eleventh Circuit | 3. Date of Report 05/15/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Court of Appeals Judge (Active) | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  Date 5b. ☐ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

56 Forsyth Street
Atlanta, GA 30303

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | ▨▨▨▨ (VII lines 3 & 11) |
| 2. | President, Director | ▨▨▨ (VII line 14) |
| 3. | Member | ▨▨▨ (VII line 15) |
| 4. | Trustee | Trust #1 (VII line 13) |
| 5. | Member | ▨▨▨ |
| 6. | Member | ▨▨▨ |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 11/14/18 | Duke University Law School - Teaching | $4,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | ▮▮▮▮ via ▮▮▮▮ - wages and distributions |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | U.S. Courts - Judiciary | 5/1/2018 - 5/4/2018 | Jacksonville, FL | Circuit Judicial Conference | Hotel, transportation, meals |
| 2. | Duke University Law School | 11/14/2018 - 11/15/2018 | Durham, NC | Teaching | Hotel, transportation, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Ditech | Mortgage on rental property #2 (VII line 2) | M |
| 2. | Morgan Stanley | Line of credit secured by investment accounts; used to pay off mortgage on rental property #3(VII line 3) | None |
| 3. | Wells Fargo | Mortgage on rental property #4 (VII line 4) | M |
| 4. | Bank of America | Mortgage on rental property #5 (VII line 5) | M |
| 5. | American Express | Credit card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g,<br>div, rent,<br>or int) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Rental property #1, Atlanta, Fulton County, Georgia | E | Rent | N | W | | | | | |
| 2. Rental property #2, Atlanta, Fulton County, Georgia | D | Rent | N | W | | | | | |
| 3. Rental property #3, Atlanta, Fulton County, Georgia | E | Rent | | | Sold | 01/05/18 | P1 | H1 | 1164 Alta Ave, LLC |
| 4. Rental property #4, Sarasota, Sarasota County, Florida | D | Rent | N | W | | | | | |
| 5. Rental property #5, Sarasota, Sarasota County, Florida | F | Rent | O | W | | | | | |
| 6. Vacation home #2, Sarasota, Sarasota County, Florida | D | Rent | N | W | | | | | |
| 7. SunTrust bank accounts | A | Interest | K | T | | | | | |
| 8. Bank of America bank accounts | A | Interest | J | T | | | | | |
| 9. Associated Credit Union account | A | Dividend | J | T | | | | | |
| 10. State Bank bank accounts | A | Interest | J | T | | | | | |
| 11. Citibank cash accounts | A | Interest | K | T | | | | | |
| 12. Southern First Bank accounts | A | Interest | K | T | Open | 11/02/18 | J | | |
| 13. Trust #1 -AXA Equitable Whole Life insurance policy | C | Dividend | M | T | | | | | |
| 14. ▓▓▓▓▓▓▓ | | None | N | W | | | | | |
| 15. ▓▓▓▓▓▓▓ | | None | K | W | | | | | |
| 16. Fifth Third Bank | A | Interest | K | T | | | | | |
| 17. Morgan Stanley Bank Deposit Program (cash equivalent) | A | Interest | | | Closed | 03/10/18 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Charles Schwab Bank Sweep (cash equivalent) | D | Interest | O | T | | | | | |
| 19. Intel Corp. stock | A | Dividend | | | Donated | | | | |
| 20. Coca-Cola Co. stock | A | Dividend | J | T | | | | | |
| 21. Xerox Corp. stock | A | Dividend | | | Donated | | | | |
| 22. Active Bear ETF | | None | | | Sold (part) | 02/02/18 | J | A | |
| 23. | | | | | Sold (part) | 02/26/18 | J | A | |
| 24. | | | | | Sold | 02/27/18 | J | A | |
| 25. Avigilon Corp stock | | None | | | Sold | 02/02/18 | M | E | |
| 26. Berkshire Hathaway C1-B stock | | None | M | T | Sold (part) | 02/02/18 | J | A | |
| 27. Alphabet Inc CL-C stock | | None | K | T | Donated (part) | | | | |
| 28. FPA Crescent Fund - I | E | Dividend | N | T | Buy (add'l) | 02/02/18 | K | | |
| 29. | | | | | Sold (part) | 02/02/18 | J | A | |
| 30. | | | | | Sold (part) | 02/26/18 | N | E | |
| 31. | | | | | Sold (part) | 02/27/18 | J | A | |
| 32. | | | | | Sold (part) | 02/28/18 | K | A | |
| 33. | | | | | Buy (add'l) | 06/08/18 | K | | |
| 34. First Eagle Global Fund - I | D | Dividend | M | T | Sold (part) | 02/02/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 02/02/18 | J | | |
| 36. | | | | | Buy (add'l) | 02/29/18 | J | | |
| 37. | | | | | Sold (part) | 02/26/18 | K | D | |
| 38. | | | | | Sold (part) | 02/27/18 | J | A | |
| 39. | | | | | Sold (part) | 02/28/18 | J | A | |
| 40. | | | | | Buy (add'l) | 06/08/18 | J | | |
| 41. Harbor Capital Appreciation Fund | C | Dividend | K | T | Donated (part) | | | | |
| 42. Henderson European Focus Fund - I | | None | | | Sold (part) | 02/26/18 | M | D | |
| 43. | | | | | Sold (part) | 02/27/18 | K | B | |
| 44. | | | | | Sold | 02/28/18 | J | A | |
| 45. Sharpspring Inc Com stock | | None | | | Sold (part) | 06/22/18 | J | B | |
| 46. | | | | | Sold (part) | 06/25/18 | J | B | |
| 47. | | | | | Sold (part) | 06/26/18 | J | A | |
| 48. | | | | | Sold (part) | 06/28/18 | J | C | |
| 49. | | | | | Sold (part) | 06/29/18 | K | D | |
| 50. | | | | | Sold (part) | 07/02/18 | J | A | |
| 51. | | | | | Sold | 07/05/18 | K | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard FTSE Emerging Markets ETF | B | Dividend | L | T | Sold (part) | 02/26/18 | M | F | |
| 53. | | | | | Sold (part) | 02/27/18 | K | B | |
| 54. | | | | | Sold (part) | 02/28/18 | J | A | |
| 55. | | | | | Buy (add'l) | 06/08/18 | J | | |
| 56. Vanguard Intermediate Term Tax-Exempt Fund - Inv | C | Dividend | M | T | Sold (part) | 02/26/18 | M | C | |
| 57. | | | | | Buy (add'l) | 02/26/18 | M | | |
| 58. | | | | | Sold (part) | 02/28/18 | K | A | |
| 59. | | | | | Buy (add'l) | 02/28/18 | K | | |
| 60. | | | | | Buy (add'l) | 06/11/18 | J | | |
| 61. Vanguard Limited Term Tax-Exempt Fund | B | Dividend | L | T | Buy (add'l) | 02/26/18 | L | | |
| 62. | | | | | Sold (part) | 02/26/18 | M | A | |
| 63. | | | | | Buy (add'l) | 02/28/18 | J | | |
| 64. | | | | | Sold (part) | 02/28/18 | L | A | |
| 65. | | | | | Buy (add'l) | 06/11/18 | J | | |
| 66. | | | | | Donated (part) | | | | |
| 67. Wells Fargo Emerging Markets Equity Fund - Inst (X) | | None | | | Sold (part) | 02/26/18 | J | B | |
| 68. | | | | | Sold (part) | 02/27/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold | 02/28/18 | J | A | |
| 70. 401k ▓▓▓▓▓▓ Risk Level 4 Portfolio | | None | P1 | T | | | | | |
| 71. AXA Equitable: AXA International Core Volatility Fund | | None | K | T | | | | | |
| 72. AXA Equitable: EQ/GAMCO Small Company Value Fund | | None | J | T | | | | | |
| 73. AXA/Janus Enterprise Fund | | None | J | T | | | | | |
| 74. AXA Equitable: EQ/Quality Bond Plus Fund | | None | L | T | | | | | |
| 75. AXA Equitable: AXA Large Cap Growth Fund | | None | L | T | | | | | |
| 76. AXA Equitable: AXA Large Cap Value Volatility Fund | | None | K | T | | | | | |
| 77. TrustPoint International, LLC | | None | M | U | | | | | |
| 78. River's Edge Landing, LLC | | None | J | U | | | | | |
| 79. Ledbetter Lake Investors, LLC | | None | J | U | | | | | |
| 80. Dasher's Bay at Effingham, LLC | | None | J | U | | | | | |
| 81. Fideilty Advisor 529 College Portfolio - CL A | | None | | | Sold | 11/15/18 | M | F | |
| 82. Fidelity Advisor 529 Portfolio 2025 - CL A | | None | | | Sold (part) | 06/20/18 | K | D | |
| 83. | | | | | Sold | 11/15/18 | M | E | |
| 84. New Hampshire College Portfolio Age-Based Fidelity Index | | None | L | T | Buy | 11/16/18 | L | | |
| 85. | | | | | Sold (part) | 12/18/18 | K | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. New Hampshire Portfolio 2018 Fidelity Index | | None | M | T | Buy | 11/16/18 | M | | |
| 87. Dirtt Environmental Solutions stock | | None | K | T | Donated (part) | | | | |
| 88. Neogenomics Inc New stock | | None | | | Sold | 06/21/18 | K | E | |
| 89. Angel Oak Multi-Strategy Income Fund - I | E | Dividend | O | T | Buy (add'l) | 02/26/18 | L | | |
| 90. | | | | | Sold (part) | 02/28/18 | J | A | |
| 91. | | | | | Buy (add'l) | 06/08/18 | K | | |
| 92. Conduent Inc Com stock | | None | | | Donated | | | | |
| 93. Invuity Inc Com stock | | None | | | Sold (part) | 09/11/18 | J | A | |
| 94. | | | | | Sold | 09/12/18 | J | B | |
| 95. Mirae Emerging Markets Great Consumer Fund Class I | | None | K | T | Buy (add'l) | 02/02/18 | J | | |
| 96. | | | | | Buy (add'l) | 02/26/18 | M | | |
| 97. | | | | | Buy (add'l) | 02/27/18 | K | | |
| 98. | | | | | Sold (part) | 02/28/18 | J | B | |
| 99. | | | | | Buy (add'l) | 06/08/18 | J | | |
| 100. | | | | | Sold (part) | 12/27/18 | M | A | |
| 101. Vanguard Short-Term Investment-Grade Adm Fund | A | Dividend | J | T | Buy | 02/02/18 | J | | |
| 102. | | | | | Buy (add'l) | 02/05/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Vanguard FTSE Developed Markets ETF | D | Dividend | J | T | Buy (add'l) | 02/02/18 | J | | |
| 104. | | | | | Buy (add'l) | 02/26/18 | N | | |
| 105. | | | | | Buy (add'l) | 02/27/18 | L | | |
| 106. | | | | | Buy (add'l) | 02/28/18 | J | | |
| 107. | | | | | Buy (add'l) | 06/08/18 | K | | |
| 108. | | | | | Sold (part) | 12/26/18 | N | A | |
| 109. Vanguard Growth Index ETF | | None | | | Sold | 02/02/18 | J | A | |
| 110. Vanguard Mid-Cap Growth Index ETF | | None | | | Sold | 02/02/18 | J | A | |
| 111. Vanguard Mid-Cap Value Index ETF | | None | | | Sold | 02/02/18 | J | A | |
| 112. Vanguard Short-Term Investment Grade Bond Fund | A | Dividend | | | Sold | 02/05/18 | J | A | |
| 113. Vanguard Small-Cap Value Index ETF | A | Dividend | J | T | Buy (add'l) | 02/02/18 | J | | |
| 114. | | | | | Buy (add'l) | 02/28/18 | J | | |
| 115. Vanguard Small-Cap Growth Index ETF | A | Dividend | J | T | Buy | 02/02/18 | J | | |
| 116. | | | | | Buy (add'l) | 02/28/18 | J | | |
| 117. Vanguard Value Index ETF | D | Dividend | M | T | Buy (add'l) | 02/02/18 | J | | |
| 118. | | | | | Buy (add'l) | 02/26/18 | M | | |
| 119. | | | | | Buy (add'l) | 02/27/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 02/28/18 | J | | |
| 121. | | | | | Buy (add'l) | 06/08/18 | K | | |
| 122. Tweedy Browne Global Value Fund (X) | A | Dividend | J | T | | | | | |
| 123. Georgia ST Genl Oblig Ser-E 07-01-18 Bond | A | Interest | | | Matured | 07/02/18 | J | A | |
| 124. Georgia ST 5% 12-01-18 Bond | A | Interest | | | Matured | 12/03/18 | J | A | |
| 125. Georgia ST 5% 07-01-19 Bond | B | Interest | L | T | Buy | 06/15/18 | L | | |
| 126. Georgia ST 5% 07-01-20 Bond | A | Interest | L | T | Buy | 09/07/18 | L | | |
| 127. Georgia ST 4% 07-01-21 Bond | A | Interest | L | T | Buy | 09/07/18 | L | | |
| 128. Gwinnett Cnty GA School District 5% 02-01-21 Bond | A | Interest | K | T | Buy | 09/07/18 | K | | |
| 129. Delaware ST 5% 07-01-20 Bond | A | Interest | K | T | Buy | 10/01/18 | K | | |
| 130. Forsyth Cnty GA 5% 03-01-21 Bond | A | Interest | K | T | Buy | 09/07/18 | K | | |
| 131. Maryland Natl Cap Pk & Planning 5% 01-15-19 Bond | A | Interest | K | T | Buy | 05/08/18 | K | | |
| 132. Maryland ST 5% 08-01-20 Bond | A | Interest | L | T | Buy | 05/08/18 | L | | |
| 133. San Antonio TX 5% 08-01-19 Bond | A | Interest | L | T | Buy | 05/07/18 | L | | |
| 134. Washington Cnty UT School District 5% 03-01-20 Bond | B | Interest | L | T | Buy | 05/07/18 | L | | |
| 135. US Treasury Note 1/31/18 | A | Interest | | | Matured | 01/31/18 | J | A | |
| 136. US Treasury Note 0.875% 03/31/18 | A | Interest | | | Buy | 03/06/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Matured | 04/02/18 | K | A | |
| 138. US Treasury Note 0.625% 04/30/18 | A | Interest | | | Buy | 03/06/18 | K | | |
| 139. | | | | | Matured | 04/30/18 | K | A | |
| 140. US Treasury Note 1% 05/31/18 | A | Interest | | | Buy | 02/26/18 | J | | |
| 141. | | | | | Buy<br>(add'l) | 03/06/18 | K | | |
| 142. | | | | | Matured | 05/31/18 | K | A | |
| 143. US Treasury Note 1.375% 06/30/18 | A | Interest | | | Buy | 02/26/18 | J | | |
| 144. | | | | | Buy<br>(add'l) | 03/06/18 | K | | |
| 145. | | | | | Matured | 07/02/18 | K | A | |
| 146. US Treasury Note 1.375% 07/31/18 | A | Interest | | | Buy | 03/06/18 | K | | |
| 147. | | | | | Matured | 07/31/18 | K | A | |
| 148. US Treasury Note 1.5% 08/31/18 | A | Interest | | | Buy | 03/06/18 | K | | |
| 149. | | | | | Matured | 08/31/18 | K | A | |
| 150. US Treasury Note 1.375% 09/30/18 | A | Interest | | | Buy | 02/23/18 | J | | |
| 151. | | | | | Buy<br>(add'l) | 03/06/18 | K | | |
| 152. | | | | | Matured | 10/01/18 | K | A | |
| 153. US Treasury Note 1.25% 10/31/18 | A | Interest | | | Buy | 03/06/18 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Matured | 10/31/18 | K | A | |
| 155. US Treasury Note 1.25% 11/30/18 | A | Interest | | | Buy | 03/06/18 | K | | |
| 156. | | | | | Matured | 11/30/18 | K | A | |
| 157. US Treasury Note 1.5% 12/31/18 | A | Interest | | | Buy | 02/26/18 | J | | |
| 158. | | | | | Buy<br>(add'l) | 03/06/18 | K | | |
| 159. | | | | | Matured | 12/31/18 | K | A | |
| 160. US Treasury Note 1.125% 01/31/19 | A | Interest | K | T | Buy | 04/27/18 | K | | |
| 161. US Treasury Note 1.5% 02/28/19 | A | Interest | K | T | Buy | 05/01/18 | K | | |
| 162. | | | | | Buy<br>(add'l) | 12/04/18 | J | | |
| 163. US Treasury Note 1.625% 03/31/19 | A | Interest | K | T | Buy | 06/01/18 | K | | |
| 164. US Treasury Note 1.625% 04/30/19 | A | Interest | K | T | Buy | 07/05/18 | K | | |
| 165. | | | | | Buy<br>(add'l) | 12/04/18 | J | | |
| 166. US Treasury Note 1.125% 05/31/19 | A | Interest | K | T | Buy | 08/01/18 | K | | |
| 167. US Treasury Note 1.625% 06/30/19 | A | Interest | K | T | Buy | 09/04/18 | K | | |
| 168. US Treasury Note 0.875% 07/31/19 | A | Interest | K | T | Buy | 10/02/18 | K | | |
| 169. | | | | | Buy<br>(add'l) | 12/04/18 | J | | |
| 170. US Treasury Note 1.625% 08/31/19 | A | Interest | K | T | Buy | 11/05/18 | K | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 12/04/18 | J | | |
| 172. US Treasury Note 1.75% 09/30/19 | A | Interest | K | T | Buy | 12/04/18 | K | | |
| 173. West Elk Partners LP | | None | N | T | Buy | 11/01/18 | N | | |
| 174. EIC Value Fund | E | Dividend | K | T | Buy | 02/02/18 | J | | |
| 175. | | | | | Buy (add'l) | 02/26/18 | M | | |
| 176. | | | | | Buy (add'l) | 02/27/18 | K | | |
| 177. | | | | | Buy (add'l) | 02/28/18 | J | | |
| 178. | | | | | Buy (add'l) | 06/08/18 | J | | |
| 179. | | | | | Sold (part) | 12/24/18 | M | A | |
| 180. Invesco S&P Emerging Markets Low Volatility ETF | | None | M | T | Buy | 12/27/18 | M | | |
| 181. Invesco S&P International Developed Low Volatility ETF | | None | N | T | Buy | 12/26/18 | N | | |
| 182. Schwab Municipal Money Fund - Investor Shares | B | Dividend | | | Buy | 05/14/18 | N | | |
| 183. | | | | | Buy (add'l) | 06/08/18 | M | | |
| 184. | | | | | Sold (part) | 06/15/18 | J | A | |
| 185. | | | | | Sold | 08/01/18 | O | A | |
| 186. Schwab Value Advantage Money Fund - Investor Shares | D | Dividend | O | T | Buy | 02/02/18 | J | | |
| 187. | | | | | Buy (add'l) | 02/26/18 | N | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Buy<br>(add'l) | 02/27/18 | L | | |
| 189. | | | | | Sold<br>(part) | 05/14/18 | N | A | |
| 190. | | | | | Buy<br>(add'l) | 08/01/18 | O | | |
| 191. | | | | | Sold<br>(part) | 10/01/18 | L | A | |
| 192. | | | | | Sold<br>(part) | 11/07/18 | J | A | |
| 193. | | | | | Sold<br>(part) | 12/04/18 | J | A | |
| 194. | | | | | Sold<br>(part) | 12/17/18 | K | A | |
| 195. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, line 1 - This entity owned a residential apartment building described in Part VII, line 3 that was sold on 01/05/2018.

Part I, line 2 - This entity owns an undeveloped residential lot described in Part VII, line 14.

Part I, line 3 - This entity owns undeveloped lots described in Part VII, line 15.

Part I, lines 5-6 - These entities were set up to own individual rental properties, but the properties have not been transferred to them. They have no assets.

Part VII, line 67 - Fund was not completely sold in 2017 as reported in 2017 report. Remaining shares were sold in 2018.

Part VII, line 70 - Filer has no control over investments within 401k beyond choosing a general category of risk.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jill A. Pryor**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544